# THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**KRISTEN M. GOMEZ**,    CIVIL ACTION NO:_____
　　Plaintiff

　　v.    Section: _____

**UNITED STATES**,
　　Defendant

## PETITIONER'S ORIGINAL COMPLAINT

1.

Petitioner KRISTEN M. GOMEZ, a citizen of the State of Louisiana, respectfully files this complaint against the United States pursuant to the Federal Tort Claims Act, 28 USC § 2671 et seq., for personal injuries caused by the negligence of officers/employees of the United States.

## PARTIES

2.

Kristen M. Gomez, a resident and citizen of Louisiana, Petitioner,

and

UNITED STATES OF AMERICA, Defendant.

## JURISDICTION AND VENUE

3.

This Court has jurisdiction under 28 USC § 1246(b).

4.

Venue is proper in this Court under 28 USC § 1402(b) because the act or omission at issue occurred in the Middle District of Louisiana, specifically in the Parish of Ascension.

## CONDITIONS PRECEDENT

5.

Petitioner timely presented this claim in writing to the United States, by submitting a Standard Form 95 (SF95) to the U.S. Postal Service on March 17, 2022, which was received by the U.S. Postal Service on March 23, 2022. The United States has not yet made a determination as to this claim. However, as more than six months have passed since the claim was presented, suit is authorized under 28 USC § 2675(a) and 2401.

**FACTS**

6.

On March 23, 2021, Petitioner was driving her vehicle lawfully on U.S. Highway 61, southbound, in Ascension Parish, north of its intersection with La. Hwy. 44. The vehicle directly in front of Petitioner slowed down to make a left turn, so Petitioner likewise slowed down. As Petitioner slowed down, she was rear ended by a vehicle owned by the United States and operated by its employee, Kelsei Monae Holiday. At the time of the accident described herein, Ms. Holiday was acting in the course and scope of her employment with the United States. Ms. Holiday, who was also traveling southbound on U.S. Highway 61, failed to yield or stop before striking Petitioner's vehicle. The vehicle operated by Ms. Holiday struck Petitioner's vehicle, causing property damage to Petitioner's vehicle and personal injury to Petitioner.

**FEDERAL TORT CLAIMS ACT**

7.

The actions by Ms. Holiday described above were negligent. Ms. Holiday was an employee of Defendant, was acting within the course and scope of her office or employment and had a duty to exercise ordinary care and operate the motor vehicle reasonably and prudently.

Under Louisiana law, a private person would be liable to Petitioner for this act or omission. Under 28 USC § 1346(b), the United States is liable to Petitioner for the property damage and personal injury sustained by Petitioner in this motor vehicle accident as described below.

## JURY DEMAND

8.

Petitioner requests this matter be resolved with a trial by jury.

## DAMAGES

9.

As a direct and proximate result of Defendant's negligence, Petitioner suffered the following injuries and damages:

- A. Physical pain and mental anguish in the past,
- B. Physical pain and mental anguish, future,
- C. Medical expenses in the past,
- D. Medical expenses in the future,
- E. Physical impairment in the past and future, and
- F. Property damage.

## PRAYER

10.

For all the above reasons, Petitioner prays that the defendant be duly cited and served with a copy of this petition for damages, and that after an answer and due proceedings are had, that there be judgment for money damages rendered against the defendant and in favor of Petitioner in an amount this Court finds to be reasonable under the circumstances, together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings and for all other general and equitable relief.

*Respectfully Submitted:*

/s/ Kenneth H. Hooks, III
Kenneth H. Hooks, III, Bar Roll No. 25097
Henry Price Mounger, Bar Roll No. 19077
**DODSON & HOOKS, APLC**
112 Founders Drive
Baton Rouge, Louisiana 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025
Kenny@dodsonhooks.com
Price@dodsonhooks.com
*Attorneys for Plaintiff*

and

**GAUTHIER AMEDEE**
A Professional Law Corporation
ANDRE′ P. GAUTHIER, Bar Roll #21294
LEE J. AMEDEE, III, Bar Roll # 24278
2111 South Burnside Avenue
Gonzales, Louisiana 70737
Telephone: (225) 647-1300
*Attorneys for Plaintiff*